**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LARAINE PITCHER, | ) Case No.: 10-CV-01759-LHK |
| Plaintiff, | ) AMENDED CASE MANAGEMENT ORDER |
| v. | ) |
| ARROW ELECTRONICS, INC., a New York corporation, and DOES 1 to 25, inclusive, | ) |
| Defendants. | ) |

Clerk:  Martha Parker Brown                              Reporter: Lee-Anne Shortridge
Plaintiff Attorney: Mark Peters
Defendant Attorney: Erica K. Rocush

A case management conference was held on August 24, 2010.

REFERRAL TO ADR PROCESS: The case is hereby referred to the following ADR process:
Court-Sponsored Mediation: [ X ]
ADR session to be held by:  December 1, 2010.

Parties to discuss consent to proceed before a Magistrate Judge with clients and to file a statement indicating if clients will so consent by September 1, 2010.

Parties will file information supplementing the Joint Case Management Statement filed July 30, 2010 to comply with this Court's Reassignment Order, Paragraph 10, by August 27, 2010.

FURTHER CASE MANAGEMENT CONFERENCE is set for December 1, 2010 , at 2 pm. Parties will be prepared to report on ADR.

DESIGNATION OF EXPERTS: December 22, 2010.

DISCOVERY CUTOFF: January 20, 2011.

DISPOSITIVE MOTIONS shall be heard on March 24, 2011.  Briefing schedule to follow the Local Rules.

PRETRIAL CONFERENCE DATE is May 4, 2011.

JURY/COURT TRIAL DATE is June 6, 2011.

TRIAL ESTIMATE: The parties estimate trial will take 5 to 7 days.

**IT IS SO ORDERED.**

Dated: August 31, 2010

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-01759-LHK
CASE MANAGEMENT ORDER