Aaron A. Roblan, State Bar No. 244308
aaron.roblan@ogletreedeakins.com
Erica K. Rocush, State Bar No. 262354
erica.rocush@ogletreedeakins.com,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant Arrow Electronics, Inc.

Mark C. Peters, State Bar No. 160611
mark@dplsf.com
DUCKWORTH PETERS LEBOWITZ LLP
235 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone:  (415) 433-0333
Facsimile: (415) 449-6556

Attorneys for Plaintiff Laraine Pitcher

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARAINE PITCHER<br><br>            Plaintiff,<br><br>       v.<br><br>ARROW ELECTRONICS, INC., a New York corporation,<br><br>            Defendant. | Case No. C 10-01759 LHK<br><br>**[PROPOSED] ORDER EXTENDING PRETRIAL DEADLINES** |

Pursuant to the stipulation and joint motion to extend pretrial deadlines filed by the parties, and good cause appearing therefore, it is hereby ordered as follows:

(1) The deadline for expert designation and reports is extended from December 22, 2010 to January 24, 2011.

(2) The deadline for depositions of experts is extended until March 18, 2011.

(3) The discovery cutoff is extended from January 20, 2011 to February 18, 2011.  The discovery deadline is extended for depositions only, and not for written discovery.

(4) The deadlines relating to dispositive motions are extended as follows:

9574981_1

| | | |
|---|---|---|
| Deadline for filing dispositive motions: | | March 18, 2011 |
| Opposition due: | | April 1, 2011 |
| Reply due: | | April 8, 2011 |
| Date for hearing on dispositive motions: | | April 21, 2011 |

The date of the pretrial conference, May 4, 2011, and the trial date, June 6, 2011, shall remain unchanged.

DATED: December 22, 2010

_____
Hon. Lucy Koh
United States District Judge

8894289.1 (OGLETREE)

9574981_1