UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARAINE PITCHER,<br><br>　　　　　　Plaintiff,<br>v.<br><br>ARROW ELECTRONICS, INC., a New York corporation, and DOES 1 to 25, inclusive,<br><br>　　　　　　Defendants. | Case No.: 10-CV-01759-LHK<br><br>ORDER RESETTING HEARING DATE ON DISPOSITIVE MOTIONS |

　　　　The Court previously set a hearing date for dispositive motions of March 24, 2011. The Court extended this deadline, and the associated briefing deadlines, to April 21, 2011 pursuant to party stipulation. The parties have submitted an additional stipulation asking to continue the hearing date to April 28, 2011, and to move the briefing schedule accordingly. The Court GRANTS the request to move the hearing date to April 28, 2011, but DENIES the request to modify the briefing schedule. The briefing schedule remains as previously set.

**IT IS SO ORDERED.**

Dated: March 17, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01759-LHK
ORDER RESETTING HEARING DATE