Aaron A. Roblan, State Bar No. 244308
aaron.roblan@ogletreedeakins.com
Erica K. Rocush, State Bar No. 262354
erica.rocush@ogletreedeakins.com,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant Arrow Electronics, Inc.

Mark C. Peters, State Bar No. 160611
mark@dplolaw.com
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Battery Street, Suite 1800
San Francisco, CA 94104
Telephone:  (415) 433-0333
Facsimile: (415) 449-6556

Attorneys for Plaintiff Laraine Pitcher

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARAINE PITCHER<br><br>             Plaintiff,<br><br>      v.<br><br>ARROW ELECTRONICS, INC., a New York corporation,<br><br>             Defendant. | Case No. C 10-01759 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PURSUANT TO FRCP 41** |

WHEREAS, Plaintiff Laraine Pitcher ("Plaintiff" or "Pitcher") and Defendant Arrow Electronics, Inc. ("Defendant" or "Arrow") (collectively, "the Parties") have agreed to fully settle the instant action;

WHEREAS, the Parties have entered into a settlement and executed a Confidential Settlement Agreement resolving all of Plaintiff's claims against Defendant, including all claims arising under the Federal Age Discrimination in Employment Act ("ADEA," 29 U.S.C. § 621, *et. seq.*) in exchange for valuable consideration;

NOW THEREFORE, the Parties hereby jointly and respectfully request that the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1), discontinue and dismiss with prejudice the above-titled action as to all parties, with each party bearing her or its own fees and costs.

DATED: May 9, 2011                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Erica K. Rocush _____
    Aaron A. Roblan
    Erica K. Rocush
    Attorneys for Defendant Arrow Electronics, Inc.

DATED: May 9, 2011                    DUCKWORTH PETERS LEBOWITZ OLIVIER LLP


By: /s/ Mark C. Peters
    Mark C. Peters
    Attorneys for Plaintiff Laraine Pitcher

# [PROPOSED] ORDER

Having been advised by the Parties that a Settlement Agreement was entered into, pursuant to which Plaintiff Laraine Pitcher has agreed to release all claims, including all claims arising under the Federal Age Discrimination in Employment Act ("ADEA," 29 U.S.C. § 621, *et. seq.*) against defendant Arrow Electronics, Inc. in exchange for valuable consideration, the matter of *Laraine Pitcher v. Arrow Electronics, Inc., et al.*, United States District Court, Northern District of California, Case No. C 10-01754 LHK, is, by reason of the settlement, hereby dismissed with prejudice in its entirety as to all parties, each party to bear her or its own costs and fees.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 9, 2011

_____
Hon. Lucy Koh
United States District Court